**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CATHERINE MITCHELL,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **vs.** | § | **Civil Action No. 3:19-CV-01173-E** |
| | § | |
| **CARRINGTON MORTGAGE** | § | |
| **SERVICES, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (Doc. No. 16).  No objection was filed by Plaintiff within fourteen days as proscribed by Federal Rule of Civil Procedure 72(b)(2).  After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the findings, conclusions, and recommendation are correct and should be accepted.  It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the Magistrate Judge are accepted.

**SO ORDERED.**

Signed February 18, 2020.

ADA BROWN
UNITED STATES DISTRICT JUDGE